No. 18, original. KENTUCKY v. INDIANA ET AL. December 3, 1928. *Per Curiam:* On consideration of the returns to the rules to show cause it is ordered that leave is granted to file the original bill of complaint and the amended bill of complaint herein and process is ordered to issue returnable on Monday, February 18, 1929. *Mr. Clifford E. Smith* for complainant. *Mr. F. H. Hatfield* for defendants.

No. 426. GALE ET AL. v. NORFOLK & WESTERN RY. CO. ET AL. December 3, 1928. *Per Curiam:* The appeal is dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Sta. 936, 937), for lack of jurisdiction. Treating the appeal as an application for certiorari the same is denied for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside*, 239 U. S. 144, 147. *Messrs. C. C. Williams, Simeon Nash,* and *James J. Boulger* for appellants. *Messrs. F. M. Rivinus* and *J. Hamilton Cheston* for appellees.

No. 439. McPHERSON BROTHERS CO. v. OKANOGAN-DOUGLAS INTER-COUNTY BRIDGE CO. December 3, 1928. *Per Curiam:* The writ of error is dismissed on the authority of § 237 (a) of the Judicial Code, as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction. Treating the writ of error as an application for certiorari the same is denied for want of a substantial federal question on the authority of *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Hull* v. *Burr*, 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Peter McPherson* for plaintiff in error. *Mr. John P. Hartman* for defendant in error.